# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ANGELA FAVORS-MORRELL,

    Plaintiff,

v.

LAWRENCE H. SUMMERS and PAUL O'NEILL,

    Defendants.

CV 200-158

### ORDER

Presently before the Court are Plaintiff Angela Favors-Morrell's Motion to Change Venue (Dkt. no. 105), Motion to Reopen the Case (Dkt. no. 106), Motion to Vacate all Orders and Judgement (Dkt. no. 107), and Motion for Conference with the Defendants (Dkt. no. 110).

Plaintiff seeks to reopen the case pursuant to Federal Rule of Civil Procedure 60(b)(2) because she claims to have new evidence. The motion itself is conclusory and does not explain the nature of this new evidence or how it merits reopening the case. See Dkt. no. 106. She appears to argue in another brief that the new evidence comprises, virtually, the entire records of this case and another civil action Plaintiff is involved in,

and that this evidence establishes "fraud on the court." Plaintiff's Motion to Vacate All Orders and Judgment likewise asserts the existence of "new" evidence, which is nothing more than evidence that has already been presented to the Court. See Dkt. no. 107. Plaintiff's Motions to Reopen the Case (Dkt. no. 106) and to Vacate All Orders and Judgment (Dkt. no. 107) are frivolous and therefore **DENIED**; Plaintiff's Motion to Change Venue (Dkt. no. 105) and Motion for Conference with the Defendants (Dkt. no. 110) are **DENIED AS MOOT**.

**SO ORDERED**, this 22ND day of May, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA